**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JOHN H. HAMILTON, SR.,** | § | **Case No. 10-35770** |
| | § | **(Chapter 7)** |
| **DEBTOR.** | § | |

| | | |
|---|---|---|
| **RONALD J. SOMMERS, TRUSTEE** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adv. Cause No. _____** |
| | § | |
| **JOHN H. HAMILTON, SR.** | § | |
| | § | |
| **Defendant.** | § | |

**TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE OF
DEBTOR, JOHN H. HAMILTON, SR.**

**NOW COMES,** Plaintiff, Ronald J. Sommers, Trustee of the Estate of John H. Hamilton, Sr., ("Trustee") and files this Complaint Objecting to Discharge of the Debtor, John H. Hamilton, Sr.

**I.
Introduction**

1.      This adversary proceeding is brought against the Debtor, John H. Hamilton, Sr. ("Debtor") under Fed. R. Bankr. P. 7001.  By this adversary proceeding, the Trustee objects to the discharge of the Debtor pursuant to section 727(a) of Title 11 of the United States Code (the "Bankruptcy Code").

**II.
Jurisdiction and Venue**

2.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.

§§ 157 and 1334.  This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(J).  Venue of this adversary proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicate for the relief requested herein is section 727 of the Bankruptcy Code.

### III.
### Parties

3.     Plaintiff is Ronald J. Sommers, Chapter 7 Trustee in the above-captioned bankruptcy case.

4.     Defendant is John H. Hamilton, Sr., Debtor in the above-captioned bankruptcy case.  Debtor may be served with process by mailing a copy of the summons and complaint to the Debtor at P.O. Box 115, Simonton, TX 77476, the address shown in his voluntary petition, and by mailing a copy of the summons and complaint to Debtor's attorney, Calvin Braun, at 3401 Allen Parkway, Suite 101, Houston, TX 77019.

### IV.
### Procedural Background

5.     On July 6, 2010 (the "Petition Date"), the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

6.     On August 17, 2010, the Court issued its Order Requiring Debtor to Appear and Show Cause Why a Chapter 11 Trustee Should Not Be Appointed or Converted to Chapter 7 [Doc. No. 57] (the "Show Cause Order").

7.     A hearing was held on the Show Cause Order on September 7, 2010, and the Court concluded that the appointment of a Chapter 11 Trustee was appropriate.

8.     On September 9, 2010, the Court entered its Order Appointing Chapter 11 Trustee authorizing and directing the United States Trustee to appoint a Trustee [Doc. No. 86].  Ronald J.

Sommers was appointed as the Chapter 11 Trustee.

9.     On October 15, 2010, the Trustee filed his Unopposed Motion to Convert to Chapter 7 [Doc. No. 121] (the "Conversion Motion").

10.    A hearing was held on the Conversion Motion on October 26, 2010, and the Court entered its Order Granting Trustee's Unopposed Motion to Convert to Chapter 7.

11.    On November 1, 2010, Ronald J. Sommers was appointed Chapter 7 Trustee of the Debtor's Estate.

**V.**
**Relief Requested**

12.    Trustee requests that the Court deny the discharge of Debtor under section 727(a) of the Bankruptcy Code.

**VI.**
**Causes of Action**

*A.     11 U.S.C. § 727(a)(2) – Denial of Discharge*

13.    Debtor, with intent to hinder, delay, or defraud creditors and the Trustee, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the estate after the date of the filing of the petition.

14.    Specifically, Debtor transferred and/or permitted to be transferred an interest in the following properties to Excel Mortgage Corporation after the Petition Date:

- The West 85 feet of Lot 1, Block 9, County Block 5848, Larkwood, in the City of Terrell Hills, Bexar County, Texas, according to the plat thereof recorded in Volume 2222, Page 354, Deed and Plat Records of Bexar County, Texas and commonly known as 100 Bryker Drive, San Antonio, Bexar County, Texas 78209-6008 (the "San Antonio Property"); and

- Lot 8, Block 14, Section 4, further known as 33203 Westleton Court, Fulshear, Texas 77441 (The "Westleton Property").

15.     Although the San Antonio Property and Westleton Property were purchased in Patricia Hamilton's name, the wife of the Debtor, the San Antonio Property and Westleton Property were property of the estate.  All legal or equitable interest of the Debtor in property as of the commencement of the bankruptcy case, including all interests of the Debtor and the Debtor's spouse in community property, is property of the estate.  11 U.S.C. § 541.

16.     The Debtor and Mrs. Hamilton have been married approximately twenty years. Throughout their marriage, the Debtor and Mrs. Hamilton have resided in Texas.  The Debtor and Mrs. Hamilton have never entered into any written premarital or marital property agreements whereby they agreed that property would be Mrs. Hamilton's separate property.

17.     For the past seven years of their marriage, Mrs. Hamilton would receive a $4,000 per week allowance from the Debtor (the "Allowances").  This adds up to almost $1,500,000 that was conveyed by the Debtor to Mrs. Hamilton as admitted to by Mrs. Hamilton.  The Debtor showed none of these transfers on his Statement of Financial Affairs.  The Debtor received nothing in return for the Allowances.  Mrs. Hamilton testified she kept these Allowances as cash at her residence.

18.     Mrs. Hamilton used the Allowances to purchase and pay for the San Antonio Property and the Westleton Property.

19.     Post-petition, the Debtor and Patricia Hamilton entered into a contract to purchase Lot 4, Block 4, Fulbrook Section 3A, Fort Bend County, Texas, more commonly known as 31503 Blue Heron Ln., Fulshear, Texas 77063 (the "Blue Heron Property") for $750,000.00.

20.     On October 8, 2010, Patricia Hamilton executed the following documents:

a.      a promissory note for the principal amount of $700,000.00 in favor of Patriot Bank ("Patriot").

       b.       a Deed of Trust in favor of Patriot on the Blue Heron Property.

       c.       a promissory note for the principal amount of $300,000.00 in favor of Excel.

       d.       a Second Lien Deed of Trust in favor of Excel on the Blue Heron Property and the San Antonio Property.

21.     Prior to granting of the Second Lien Deed of Trust in favor of Excel, the Debtor and Mrs. Hamilton held equity in the San Antonio Property.  Excel further contends that the Second Lien Deed of Trust extends to the Westleton Property.

22.     The president and majority shareholder of Excel Mortgage Corporation is Samuel Cammack.  Samuel Cammack is a longtime friend and business associate of the Debtor.  The Debtor has borrowed money from Samuel Cammack in the past.  On numerous occasions, the Debtor has used Excel to broker mortgages for the Debtor and the Debtor's multiple corporations and partnerships.  In fact, the Debtor is currently employed by Samuel Cammack personally as a consultant for Samuel Cammack's construction business.  Indeed, Mr. Cammack only became involved in the construction business as the Debtor was sliding into bankruptcy.

23.     Rather than the Debtor's bankruptcy estate obtaining the equity interest in and to the San Antonio Property and Westleton Property, the equity is now being held by a business owned and operated by the Debtor's friend and close business associate.  This was a result of a post-petition transfer.

24.     In addition, the Debtor concealed the San Antonio Property and Westleton Property by failing to disclose these properties in his schedules.  The Debtor also concealed the Allowances by failing to disclose them in his schedules or his statements of financial affairs.  The Trustee and bankruptcy estate learned about these properties only after taking the 2004 examination of Mrs. Hamilton.

25.     The Debtor has also concealed the assets of the Hamilton Family Trust.   As alleged, hereinbelow, the assets of the Hamilton Family Trust are property of the estate because the Hamilton Family Trust was self-settled by the Debtor.   The Trustee's investigation has revealed that the Hamilton Family Trust owned real property in San Antonio which was sold in 2009.   This property was sold for approximately $108,000.00.   The Hamilton Family Trust has been unable to account for these proceeds.   The Debtor failed to disclose the assets of the Hamilton Family Trust, this property and the proceeds from the sale of this property in his schedules.

26.     The Trustee's investigation has also revealed a bank account with Chase Bank in the name of "Estate of John H Hamilton Sr. Debtor".   The Debtor used this bank account as recently as April 15, 2011 to pay his country club dues and expenses at the Weston Lakes Country Club.   The Debtor failed to disclose this bank account in his schedules.

**B.      *11 U.S.C. § 727(a)(3) – Denial of Discharge***

27.     Debtor has concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the debtor's financial condition or business transactions might be ascertained.

28.     Specifically, the Debtor has concealed, destroyed, mutilated, falsified, or failed to keep or preserve the books and records of the Hamilton Family Trust.

29.     The Hamilton Family Trust purports to be a Texas spendthrift trust that was settled by the Debtor's mother, Edith Hamilton.   Debtor is the primary beneficiary of the Hamilton Family Trust.   Upon information and belief, the Hamilton Family Trust was, in fact, settled by the Debtor.   Thus, the Hamilton Family Trust is a self-settled trust and the assets of the Hamilton Family Trust are property of the estate.

6

30.     During the Debtor's creditor meeting pursuant to section 341 of the Bankruptcy Code, Debtor represented that he did not have any knowledge with respect to the assets of the Hamilton Family Trust.  This turned out to be untrue.

31.     Greg Hughes, the former Trustee of the Hamilton Family Trust, testified that when he resigned as the Trustee of the Hamilton Family Trust he left all of the books, records, documents, and papers of the Hamilton Family Trust with the Debtor at the Debtor's place of business.  More importantly, Greg Hughes stated that it would surprise him that the Debtor would not have any knowledge about the management of the Hamilton Family Trust since the Debtor made every decision for and managed the trust while Greg Hughes was Trustee.

32.     Mr. James Mulder testified that when he became Trustee of the Hamilton Family Trust he did not ask for or receive any of the Trust's books, records, documents or papers.  The only documents that he had were the few documents that the Debtor would provide him from time to time.

33.     Despite demanding Mr. Hamilton to turnover the books, records, documents and papers of Hamilton Family Trust, Mr. Hamilton has failed to turnover the books, records, documents and papers of the Hamilton Family Trust.  Mr. Hamilton has either destroyed these books, records, documents and papers or is concealing them from the Trustee.

C.     **11 U.S.C. § 727(a)(4) – Denial of Discharge**

34.     Debtor knowingly and fraudulently, in or in connection with this bankruptcy case, withheld from the Trustee recorded information, including books, documents, records, and papers, relating to the debtor's property or financial affairs.  Specifically, the Debtor withheld from the Trustee the books, documents, records and papers of the Hamilton Family Trust, the San Antonio Property, the Westleton Property, the Allowances, the transfers to Excel Mortgage

Corporation and Patriot Bank, and other documents.

## V.
## Prayer

**WHEREFORE**, Trustee prays that this Court deny any discharge to the Debtor and grant

Trustee such other and further relief to which it is entitled.

Date: May 16, 2011                          Respectfully submitted,

                                            SNOW FOGEL SPENCE LLP

                                            By:  /s/ Aaron M. Guerrero
                                                 Ross Spence
                                                 State Bar No. 18918400
                                                 Email:  rossspence@snowfogel.com
                                                 Aaron M. Guerrero
                                                 State Bar No. 24050698
                                                 Email:  aaronguerrero@snowfogel.com
                                                 2929 Allen Parkway, Suite 4100
                                                 Houston, TX  77019
                                                 Telephone:  (713) 335-4800
                                                 Telecopier:  (713) 335-4848

                                            COUNSEL FOR RONALD J. SOMMERS, TRUSTEE


## CERTIFICATE OF SERVICE

        I certify that on 16th day of May, 2011, a true and correct copy of the above and foregoing Trustee's Complaint Objecting to Discharge of the Debtor, John H. Hamilton, Sr. was served upon all parties per the Service List attached as **Exhibit "1"** via the Court's electronic case filing system (ECF) and/or via First Class Mail.


                                            /s/ Aaron M. Guerrero
                                            Aaron M. Guerrero

## EXHIBIT "1" – SERVICE LIST

| **Debtor:** | **Debtor's Counsel:** |
|---|---|
| John H. Hamilton Sr.<br>P. O. Box 115<br>Simonton, TX 77476-0115<br>*Via First Class Mail* | Calvin C. Braun<br>ORLANDO & BRAUN L.L.P.<br>3401 Allen Parkway, Suite 101<br>Houston, TX 77019-1857<br>*Via ECF: calvinbraun@orlandobraun.com<br>and First Class Mail* |

**Governmental Agencies:**

| | |
|---|---|
| Stephen Douglas Statham<br>OFFICE OF THE U.S. TRUSTEE<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002<br>*Via ECF: Stephen.statham@usdoj.gov<br>and First Class Mail* | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326<br>*Via First Class Mail* |
| US Trustee<br>OFFICE OF THE US TRUSTEE<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002-2604<br>*Via ECF and First Class Mail* | Ronald J. Sommers,<br>Chapter 7 Trustee<br>NATHAN SOMMERS JACOBS<br>2800 Post Oak Blvd., 61st Floor<br>Houston, TX 77056<br>*Via ECF: rsommers@nathansommers.com<br>and First Class Mail* |

**20 Largest Unsecured Creditors:**

| | |
|---|---|
| Citibank N.A. f/k/a Citibank Texas, NA<br>c/o Karl Burrer<br>HAYNES & BOONE, LP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>*Via ECF: karl.burrer@haynesboone.com* | North Houston Bank<br>P O Box 11626<br>Houston, TX 77293<br>*Via First Class Mail* |
| Imperial Capital Bank<br>700 N. Central Ave<br>Glendale, CA 91203<br>*Via First Class Mail* | City Bank<br>5219 City Bank Parkway<br>Lubbock, TX 79407<br>*Via First Class Mail* |
| Center Capital Corporation<br>3 Famr Glen Blvd.<br>Farmington, CT 06032<br>*Via First Class Mail* | Regions Bank<br>c/o Ann Marie Laney Hill<br>MCGLINCHEY STAFFORD PLLC<br>1001 McKinney St. Ste. 1500<br>Houston, TX 77002<br>*Via ECF: amhill@mcglinchey.com* |
| Patriot Bank<br>7500 San Felipe St, Ste 1<br>Houston, TX 77063<br>*Via First Class Mail* | SCS Construction Management, Inc.<br>c/o J. Hans Barcus<br>CANTRELL, RAY & BARCUS, LLP<br>P.O. Box 1019<br>Huntsville, TX 77342<br>*Via First Class Mail* |
| Bay Area Windham Park, LLC<br>c/o Michael P. Couch<br>P. O. Box 365<br>Fulshear, TX 77441<br>*Via First Class Mail* | Bay Area Windham Park, LLC<br>c/o Mr. Long Hai Nguyen<br>548 International Blvd., Suite 1<br>Oakland, CA 94606<br>*Via First Class Mail* |

| | |
|---|---|
| Independence Bank, NA<br>P.O. Box 550289<br>Houston, TX 77255<br>*Via First Class Mail* | DCFS USA LLC<br>36455 Corporate Dr<br>Farmington Hills, MI 48331<br>*Via First Class Mail* |
| Headwaters Construction Materials<br>c/o Andrew McCormick<br>MCCORMICK MCNEAL EDLER & WILLIAMS LP<br>5909 West Loop South, Ste. 550<br>Bellaire, TX 77401<br>*Via First Class Mail* | Chase<br>Bank One Card Services<br>Westerville, OH 43081<br>*Via First Class Mail* |
| Glen Lowenstein<br>P. O. Box 31339<br>Houston, TX 77231<br>*Via First Class Mail* | |

**Parties Requesting Notice:**

| | |
|---|---|
| SANTA FE BROKERAGE ASSOCIATES, LLC.<br>Attn: Michael P. Couch, President<br>11931 Wickchester, Suite 400<br>Houston, TX 77043-4572<br>*Via Email:  mcouch@santafefidelity.com* | CATHAY BANK<br>Attn: Gregory Badura, Senior Vice President and Manager -<br>Special Assets Division<br>9650 Flair Drive<br>El Monte, CA 91731<br>*Via Email:  gregory_badura@cathaybank.com* |
| GREYSTONE BUILDERS, INC.<br>Attn: Ronald Frerich<br>10 Sterling Court<br>Sugar Land, TX 77478-1868<br>*Via Email:  rjfrerich@earthlink.net* | Mary A. Daffin<br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP<br>1900 St. James Place, Suite 500<br>Houston, TX 77056<br>*Counsel for Onewest Bank, FSB, its Assigns and/or<br>Successors in Interest*<br>*Via ECF: sdecf@BDFGROUP.com* |
| Elizabeth D. (Lisa) Alvarado<br>SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.<br>1001 McKinney Street, Suite 1100<br>Houston, TX 77002<br>*Counsel for Golden Bank NA*<br>*Via ECF: lalvarado@smfalaw.com* | J. Hans Barcus<br>CANTRELL, RAY & BARCUS, LLP<br>P. O. Box 1019<br>Huntsville, TX 77342<br>*Counsel for SCS Construction Management, Inc.*<br>*Via First Class Mail* |
| W. Steven Bryant<br>LOCKE LORD BISSELL & LIDDELL LLP<br>600 Travis Street, Suite 3400<br>Houston, TX 77702<br>*Counsel for Cathay Bank*<br>*Via ECF: hobankecf@lockelord.com* | Karl Burrer<br>HAYNES AND BOONE, LLP<br>1 Houston Center<br>1221 McKinney St., Suite 2100<br>Houston, TX 77010<br>*Counsel for Citibank N.A.*<br>*Via ECF: karl.burrer@haynesboone.com* |
| Michael Parr Couch<br>John Iglehart<br>SANTA FE BROKERAGE ASSOCIATES, LLC<br>11931 Wickchester, Ste. 400<br>Houston, TX 77043-4572<br>*Creditors*<br>*Via First Class Mail* | Richard L. Crozier<br>DAVIDSON & TROILO<br>919 Congress Ave., Ste. 810<br>Austin, TX 78701-2444<br>*Counsel for Center Capital Corporation*<br>*Via ECF: rcrozier@davidsontroilo.com* |
| Craig R. Denum<br>STOREY & DENUM, P.C.<br>11757 Katy Freeway, Suite 1010<br>Houston, TX 77079 | John P. Dillman<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |

| | |
|---|---|
| *Counsel for Prosperity Bank*<br>*Via ECF:* [cdenum@att.net](mailto:cdenum@att.net) | *Counsel for Fort Bend County*<br>*Via ECF:* [Houston_bankruptcy@publicans.com](mailto:Houston_bankruptcy@publicans.com) |

| | |
|---|---|
| Dennis A. Dressler, Esq.<br>DRESSLER & PETERS, LLC<br>111 W. Washington Street, Suite 1900<br>Chicago, IL 60602<br>*Counsel for Webster Capital Finance, Inc. f/k/a*<br>*Center Capital Corporation*<br>*Via ECF:* [ddressler@dresslerpeters.com](mailto:ddressler@dresslerpeters.com) | Anne Marie Laney Hill<br>MCGLINCHEY STAFFORD, PLLC<br>1001 McKinney, Suite 1500<br>Houston, TX 77002<br>*Counsel for Regions Bank*<br>*Via ECF:* [amhill@mcglinchey.com](mailto:amhill@mcglinchey.com) |
| Alicia M. Matsushima<br>SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.<br>1001 McKinney Street, Suite 1100<br>Houston, TX 77010<br>*Counsel for Golden Bank NA*<br>*Via ECF:* [amatsushima@smfalaw.com](mailto:amatsushima@smfalaw.com) | Matthew B. Probus<br>John Wesley Wauson<br>WAUSON ♦ PROBUS<br>One Sugar Creek Center Blvd., Suite 880<br>Sugar Land, TX 77478<br>*Counsel for Greystone Builders, Inc.*<br>*Via ECF:* [mbprobus@w-plaw.com](mailto:mbprobus@w-plaw.com) |
| Michael J. Smith<br>CHERNOSKY, SMITH, RESSLING & SMITH, PLLC<br>4646 Wild Indigo, Suite 110<br>Houston, TX 77027<br>*Counsel for Compass Bank*<br>*Via ECF:* [msmith@csrslaw.com](mailto:msmith@csrslaw.com) | John Paul Stanford<br>QUILLING, SELANDER, CUMMISKEY, & LOWNDS, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>*Counsel for Bank of America, N.A.*<br>*Via ECF:* [jstanford@qsclpc.com](mailto:jstanford@qsclpc.com) |
| M. Andrew Stewart<br>MULLIN HOARD & BROWN, L.L.P.<br>P. O. Box 2585<br>Lubbock, TX 79408-2585<br>*Counsel for City Bank*<br>*Via ECF:* [astewart@mhba.com](mailto:astewart@mhba.com) | Steve Turner<br>Mitchell J. Buchman<br>BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P.<br>610 West 5th Street, Suite 602<br>Austin, TX 78701<br>*Counsel for Onewest Bank, F.S.B.*<br>*Via ECF:* [sdecf@BDFGROUP.com](mailto:sdecf@BDFGROUP.com) |
| Brian D. Womac<br>Stacey L. Kremling<br>WOMAC & ASSOCIATES<br>Two Memorial City Plaza<br>820 Gessner, Suite 1540<br>Houston, TX 77024<br>*Counsel for United Partners Group*<br>*Via ECF:* [brian@brianwomac.com](mailto:brian@brianwomac.com) | Eric Yollick<br>P. O. Box 7571<br>The Woodlands, TX 77387-7571<br>*Counsel for First National Bank*<br>*Via ECF:* [ericyollick@swbell.net](mailto:ericyollick@swbell.net) |
| Kenneth H. Holt<br>DOW GOLUB REMELS & BEVERLY, LLP<br>8 Greenway Plaza, 14th Fl.<br>Houston, TX 77046<br>*Counsel for Pennbridge Capital, LLC*<br>*Via ECF:* [kholt@dowgolub.com](mailto:kholt@dowgolub.com) | Jim D. Hamilton<br>ROSS, BANKS, MAY, CRON & CAVIN, P .C.<br>2 Riverway, Suite 700<br>Houston, TX 77056<br>*Counsel for Independence Bank, N.A.*<br>*Via ECF:* [jdhamilton@rossbanks.com](mailto:jdhamilton@rossbanks.com) |
| Leonard H. Simon<br>W. Kyle Vaughn<br>PENDERGRAFT & SIMON<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019<br>*Counsel for First National Bank*<br>*Via ECF:* [kyle@wkvaughnpllc.com](mailto:kyle@wkvaughnpllc.com) | William L. Siegel<br>COWLES & THOMPSON, P.C.<br>901 Main Street, Suite 3900<br>Dallas, TX 75202<br>*Counsel for City National Bank*<br>*Via ECF:* [bsiegel@cowlesthompson.com](mailto:bsiegel@cowlesthompson.com) |

**Other:**

| | |
|---|---|
| Automobile One Collectibles, L.P.<br>16325 Westheimer Rd.<br>Houston, TX 77082-1233<br>*Via First Class Mail* | James R. Ballard<br>SCHWARTZ SEMERDJIAN HAILE BALLARD LLP<br>101 West Broadway, Ste. 810<br>San Diego, CA 92101-8229<br>*Via First Class Mail* |
| Bank of America<br>BAC/Fleet Bankcard<br>P. O. Box 26012<br>Greensboro, NC 27420-6012<br>*Via First Class Mail* | John H. Bennett, Jr.<br>Attorney at Law<br>2777 Allen Parkway, Suite 1000<br>Houston, TX 77019-2165<br>*Via First Class Mail* |
| Capital One Bank (USA), N.A.<br>Capital One Bank (USA), N.A.<br>by American Infosource LP, as Agent<br>P. O. Box 71083<br>Charlotte, NC 28272-1083<br>*Via First Class Mail* | Andrew M. Caplan<br>WEYCER, KAPLAN, PULASKI & ZUBER PC<br>Eleven Greenway Plaza, Ste. 1400<br>Houston, TX 77046-1130<br>*Via First Class Mail* |
| Cathay Holdings 3, LLC<br>c/o Barbara Ellis<br>LOCKE LORD BISSELL & LIDDELL LLP<br>100 Congress Ave., Ste. 300<br>Austin, TX 78701-2748<br>*Via First Class Mail* | Chamberlin Roofing and Waterproofing<br>Demac Concrete Contractors, Inc.<br>c/o MCCORMICK, HANCOCK & NEWTON<br>1900 West Loop South, Suite 700<br>Houston, TX 77027-3282<br>*Via First Class Mail* |
| Chase Auto<br>201 N. Walnut St. # Del-10<br>Wilmington, DE 19801-2920<br>*Via First Class Mail* | Chase Auto Finance<br>P. O. Box 901032<br>Ft. Worth, TX 76101-2032<br>*Via First Class Mail* |
| Chase Bank USA, N.A.<br>P. O. Box 15145<br>Wilmington, DE 19850-5145<br>*Via First Class Mail* | Chocolate Chip Aviation<br>1388 Flightline Dr.<br>Spring Branch, TX 78070-6127<br>*Via First Class Mail* |
| CIT Technology Financial Services, Inc.<br>c/o BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E. Sonterra Blvd., Suite 420<br>San Antonio, TX 78258-3940<br>*Via First Class Mail* | Civil-Surv Land Surveying<br>4710 Bellaire Blvd., Suite 250<br>Bellaire, TX 77401-4531<br>*Via First Class Mail* |
| Rodney Dewalt<br>17711 Butte Creek Road<br>Houston, TX 77090-1811<br>*Via First Class Mail* | Escobedo Erectors<br>c/o MARCOS & ASSOCIATES, P.C.<br>228 Westheimer Road<br>Houston, TX 77006-3222<br>*Via First Class Mail* |
| FIA CSNA<br>P. O. Box 26012,<br>NC4-105-02-77<br>Greensboro, NC 27420-6012<br>*Via First Class Mail* | Golden Bank NA<br>9315 Bellaire Blvd.<br>Houston, TX 77036-4503<br>*Via First Class Mail* |
| Michael Hicks<br>MULLIN HOARD & BROWN, LLP<br>P. O. Box 2585<br>Lubbock, TX 79408-2585<br>*Via First Class Mail* | Indy Mac<br>JP Morgan Chase<br>12750 Merit Dr.<br>Dallas, TX 75251-1214<br>*Via First Class Mail* |

| | |
|---|---|
| Jeffrey C. Jackson<br>JEFFREY C. JACKSON PLLC<br>720 Bayland Ave.<br>Houston, TX 77009-6610<br>*Via First Class Mail* | Nicholas Kazakoff<br>and Suntree Realty Partners, L.P.<br>c/o WILSHIRE & SCOTT, P.C.<br>3000 One Houston Center<br>1221 McKinney<br>Houston, TX 77010-2011<br>*Via First Class Mail* |
| K&H Group LLC<br>5710 W. 34th St., Ste. E<br>Houston, TX 77092-6520<br>*Via First Class Mail* | Lee & Assoc. Commercial Real Est. Inc.<br>5872 Owens Ave., Ste. 200<br>Carlsbad, CA 92008-5518<br>*Via First Class Mail* |
| Lentz Engineering LC<br>4710 Bellaire, Suite 250<br>Bellaire, TX 77401-4531<br>*Via First Class Mail* | Marina Bay Management, LLC, James Nguyen,<br>and Tracy Nguyen<br>c/o John R. Gladney<br>6901 Corporate Dr., Suite 111<br>Houston, TX 77036-5119<br>*Via First Class Mail* |
| National Loan Investors, LP<br>5619 N. Classen Blvd.<br>Oklahoma City, OK 73118-4015<br>*Via First Class Mail* | Onewest Bank<br>One National City<br>Kalamazoo, MI 49009-8003<br>*Via First Class Mail* |
| Pennbridge Orchard Plaza S, L.P.<br>c/o John R. Gilbert<br>GILBERT & GILBERT<br>P. O. Box 1819<br>Angleton, TX 77516-1819<br>*Via First Class Mail* | Ranger Fire, Inc.<br>c/o Brandon Starling<br>4144 N. Central Expressway, Ste. 300<br>Dallas, TX 75204-3293<br>*Via First Class Mail* |
| James C. Mulder<br>Trustee of the Hamilton Family Trust<br>4545 Mt. Vernon<br>Houston, TX 77006-5815 | Anthony Sullivan<br>ROSS BANKS MAY CRON & CAVIN PC<br>2 Riverway, Ste. 700<br>Houston, TX 77056-1918<br>*Via First Class Mail* |
| United Partners Group, LLC<br>6118 Caminito Sacate<br>San Diego, CA 92120-3155<br>*Via First Class Mail* | Wells Fargo Bank, NA<br>c/o Steven J. Lownds<br>QUILLING SELANDER CUMMISKEY & LOWNDS PC<br>2001 Bryan St., Ste. 1800<br>Dallas, TX 75201-3070<br>*Via First Class Mail* |
| Dominique Varner<br>HUGHES, WATTERS & ASKANASE, LLP<br>333 Clay, 29th Floor<br>Houston, TX 77002-2571<br>*Via First Class Mail* | Alex Yanez<br>7135 Majestic Oaks<br>Houston, TX 77040-3917<br>*Via First Class Mail* |
| Santa Fe Brokerage Associates, LLC<br>c/o its counsel, David Crump<br>c/o University of Houston Law Center<br>100 Law Center<br>Houston, TX 77204-6060<br>*Via Email: DCrump@UH.Edu* | |

I:\Client\SOMR0002 - Sommers v. P. Hamilton\Sommers v. John Hamilton\Original Complaint.docx